STATE OF NEW JERSEY v. ROBERT BAKER.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS E. CARNICLE.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MCKENNETH.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM KING.

June 3, 1986.

Petition for certification denied.